FILED

AUG - 5 2020

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | No.  **4:20CR00391 SEP/PLC** |
| v. ) | |
| JEFFREY SAKURAI, ) | |
| Defendant. ) | |

### INDICTMENT

### COUNT I

The Grand Jury charges that:

On or about December 15, 2019, in the Eastern District of Missouri and elsewhere,

**JEFFREY SAKURAI,**

the defendant herein, did knowingly travel in interstate commerce, from Saint Louis, Missouri to Springfield, Illinois, for the purpose of engaging in a sexual act with a person under 18 years of age, in violation of Title 18, United States Code, Section 2423(b).

A TRUE BILL.

_____
FOREPERSON

JEFFREY B. JENSEN
United States Attorney

_____
Dianna R. Collins, #59641
Assistant United States Attorney